THE STATE EX REL. BELCHER, APPELLANT,
*v.* TRIMBLE, ADMR., ET AL., APPELLEES.

[Cite as *State ex rel. Belcher v. Trimble* (1998), 82 Ohio St.3d 493.]

(No. 96–1611—Submitted June 24, 1998—Decided August 5, 1998.)

*Law Offices of Ronald J. Koltak, Ronald J. Koltak* and *Peter J. Gibson,* for appellant.

*Betty D. Montgomery*, Attorney General, and *Craigg E. Gould*, Assistant Attorney General, for appellees.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

RESNICK, J., dissents.

---

**ALICE ROBIE RESNICK, J., dissenting.** I would reverse the judgment of the court of appeals.